No. 1298.—Mrs. L. J. Noland v. Mrs. M. C. Sterling.

Where suit was brought before the United States Provisional Court, but not decided before that tribunal ceased to exist, between parties residing in this State, the plea of *lis pendens* will not prevail in a suit before the State Courts on the same obligation and between the same parties; on the ground that both parties being residents of the State the case could not be transferred to the United States Circuit Court.

APPEAL from the District Court, parish of West Feliciana. *Cooley*, J. *Wickliffe & Miller*, for plaintiff and appellee, *W. D. Winter*, for defendant and appellant.

HOWELL, J. This suit is brought on a promissory note alleged to be made by defendant's agent to the order of and duly indorsed by Mr. G. F. McRea, to which defendant pleaded the exception of *lis pendens*, averring that a suit against her by plaintiff on the same note is pending in the United States Provisional Court.

This exception was maintained by our predecessors, and on the application of the plaintiff a rehearing was granted.

As the suit is one which could not, under the provisions of the act of Congress, twenty-eighth July, 1866, be transferred from the United States Provisional Court to the United States Circuit Court, being between citizens of this State, the plea cannot prevail, and it was therefore properly overruled by the judge *a quo*. In the answer the defendant denies all the allegations of the petition, and especially the ownership of plaintiff and the indorsement of the payee. An examination of the evidence in the record does not bring us to a different conclusion from the District Judge, who considered the authority of the agent to make the note and the indorsement of the payee sufficiently established.

Judgment affirmed.

No. 2172.—Widow J. C. De St. Romes v. D. B. Macarty.

To dispense with citation of appeal the motion must be made in open court at the same term of the court at which the judgment is rendered.

APPEAL from the Fourth District Court for the parish of Orleans. *Theard*, J. *A. & M. Voorhies*, for plaintiff and appellant, *Hornor & Benedict*, for defendant and appellee.

LUDELING, C. J. The motion to dismiss the appeal must be sustained. The judgment appealed from was rendered on the twenty-fifth January, 1868.

The order for an appeal was granted on motion in open court, on the twenty-third of January, 1869. There is no citation of appeal. It is only when the order for an appeal is granted on motion in open court at the same term of the court at which the judgment was rendered that such order dispenses with citation. Act of 1843, sec. 1, amending article 573 C. P. See acts of 1866, p. 160.

It is therefore ordered that the appeal be dismissed.

Rehearing refused.